

# NUMBER 13-24-00144-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF PRISCILLA VACULIN NALL AND BRICE VINCENT MACALUSO JR.

---

## ON APPEAL FROM THE 130TH DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Justice Peña**

On March 5, 2024, appellant filed a notice of appeal. On March 5, 2024, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On March 21, 2024, the Clerk of the Court notified appellant he was delinquent in remitting the $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(c).

Furthermore, appellant's fourth amended motion for emergency relief to subpoena bank records is denied as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
16th day of May, 2024